UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: MONOSODIUM GLUTAMATE ANTITRUST LITIGATION | MDL 00-1328 |

| | |
|---|---|
| This Document Relates to: | |
| Inquivosa S.A.; Petbowe Chemtrade Corp.; Plus Sun Co., Ltd., MCC Menssing Chemiehandel & Consultants GmbH; and Newco Trading Co., on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>  v.<br><br>Ajinomoto Co., Inc.; Ajinomoto USA, Inc.; Orsan S.A.; Cheil Jedang Corp.; C.J. America, Inc.; Miwon Co., Ltd.; Daesang America, Inc.; Takeda Chemical Industries, Ltd.; Kyowa Hakko Kogyo Co., Ltd.; and Vedan Enterprises Group f/k/a Tung Hai Fermentation Industrial Corp.<br><br>            Defendants. | Civil No. 03-2997 (PAM) |

**ORDER**

Pursuant to Plaintiffs' Unopposed Motion for Modification of Briefing Schedule, the Court hereby ORDERS that the following revised briefing schedule shall apply:

    1.    Plaintiffs will file and serve their responsive memorandum to Defendants' Motion for Reconsideration of the Court's Decision on the Motion to Dismiss for Lack of Subject-Matter Jurisdiction by August 22, 2005; and

2

  2. Defendants will file and serve their reply memorandum by September 6, 2005.

  Dated: August 2, 2005       <u>s/ Paul A. Magnuson</u>
                  Paul A. Magnuson
                  United States District Court Judge

346558-1           2